IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 03–cv–02293–EWN–OES

ELIZABETH STEINER,

    Plaintiff,

v.

CONCENTRA INC. a.k.a. CONCENTRA
a.k.a. CONCENTRA MEDICAL CENTERS,

    Defendant.

---

**ORDER**

---

On September 16, 2004, this court, acting on the recommendation of the assigned United States magistrate judge, entered an order dismissing all claims in this case except the claim of age discrimination against Concentra Inc. The order also permitted plaintiff to file an amended complaint meeting certain specifications. The net effect of the order was that plaintiff would be allowed to proceed on her amended complaint stating an age discrimination claim against Concentra and presenting any new claims which had ripened by virtue of an EEOC right to sue letter issued on or about May 17, 2004.

Plaintiff has done nothing which was ordered. Instead, in violation of the well-established policy against piecemeal appeals, she filed a notice of appeal. Consequently, the court of

appeals ordered plaintiff to get a rule 54(b) certification or to pursue the case to a final judgment in the district court. Plaintiff has done neither. Instead, she continues to tie the case in more and more procedural knots. It is time for this to stop. Accordingly, it is

**ORDERED** as follows:

1. The "Time Sensitive Motion" etc. filed by plaintiff on December 27, 2004 (#92) is DENIED. The magistrate judge's recommendation filed January 7, 2005 (to deny the "Time Sensitive Motion" (#94)) is ACCEPTED.

2. Within eleven days from the date of this order plaintiff may file an amended complaint which complies with this order, the court's previous order, and the magistrate judge's order of August 6, 2004 permitting the filing of an amended complaint. If she fails to do so, this court will dismiss what remains of plaintiff's case, with prejudice, as a sanction for her consistent disobedience to court orders.

3. The appeal document docketed as #85 is DENIED.

Dated this  29  day of June, 2005.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge