IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 03–cv–02293–EWN–OES

ELIZABETH STEINER,

    Plaintiff,

v.

CONCENTRA INC., et al.,

    Defendants.

## ORDER DISMISSING CASE WITH PREJUDICE

    This is a case where enough is enough. On September 16, 2004, this court, acting on the recommendation of the assigned United States magistrate judge, entered an order dismissing all claims in this case except the claim of age discrimination against Concentra Inc. The order also permitted plaintiff to file an amended complaint meeting certain specifications. The net effect of the order was that plaintiff would be allowed to proceed on her amended complaint stating an age discrimination claim against Concentra and presenting any new claims which had ripened by virtue of an EEOC right to sue letter issued on or about May 17, 2004.

    Plaintiff did nothing which was ordered. Instead, in violation of the well established policy against piecemeal appeals, she filed a notice of appeal. Consequently, the court of appeals ordered

plaintiff to get a rule 54(b) certification or to pursue the case to a final judgment in the district court.  She did neither.

On June 29, 2005, this court ordered that plaintiff would be allowed one last chance to file an amended complaint which complied with the magistrate judge's order of August 6, 2004 and this court's previous order.  The court further warned that, if plaintiff failed to comply, the court "would dismiss what remains of plaintiff's case, with prejudice, as a sanction for her consistent disobedience to court orders."

On July 11, 2005, plaintiff filed a Second Amended Complaint.  On September 22, 2005, after affording the parties an opportunity to be heard, the magistrate judge struck the Second Amended Complaint for its flagrant non-compliance with previous orders of the court.  He then gave her an opportunity to file a Third Amended Complaint and carefully outlined what that document could contain.  Plaintiff has objected to and appealed the magistrate judge's ruling, attaching to her objections a tendered Third Amended Complaint.  It merely aggravates her previous violations.

Plaintiff's case will be dismissed with prejudice.  She has vexatiously and frivolously multiplied the proceedings.  Her actions have prejudiced the defendant by causing delay and significant attorney fees.  She has interfered with and delayed the judicial process and caused needless expenditure of judicial resources.  Her actions have been willful, intentional, persistent, and contemptuous.  She has been warned.  The ultimate sanction of dismissal with prejudice is merited.

Upon the findings and conclusions set forth herein, it is

**ORDERED** as follows:

1. Plaintiff's objections (#112) to the magistrate judge's ruling striking her tendered Second Amended Complaint are OVERRULED. The magistrate judge's ruling is hereby AFFIRMED and adopted as the order of this court.

2. Defendant's motion to dismiss the Third Amended Complaint (#114) is GRANTED. The case is dismissed with prejudice. Defendant may have its costs by filing a bill of costs.

Dated this 2nd day of November, 2005.

BY THE COURT:

/s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge